```
         IN THE UNITED STATES DISTRICT COURT FOR THE
                  NORTHERN DISTRICT OF TEXAS
                      FORT WORTH DIVISION
```

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | CRIMINAL NO. 4:08-CR-098-Y |
| § | |
| HARRY AGUILAR JR. (10) § | |
| SELWYN MACFIELD MARTIN (31) § | |
| RUBEN ALCORTA (35) § | |
| JOSE LUIS VELIZ (36) § | |

**ORDER ACCEPTING**
**REPORT AND RECOMMENDATION OF THE**
**UNITED STATES MAGISTRATE JUDGE**
<u>**AND ADJUDGING DEFENDANT GUILTY**</u>

After reviewing all relevant matters of record, including the respective Consents to Administration of Guilty Plea and Federal Rule of Criminal Procedure 11 Allocution by United States Magistrate Judge and the Report and Recommendation on Plea Before the United States Magistrate Judge, and no objections thereto having been filed by any defendant within ten (10) days of service in accordance with 28 U.S.C. § 636(b)(1), the undersigned district judge concludes that each report and recommendation of the magistrate judge on each plea of guilty is correct, and each is hereby accepted by the Court.  Accordingly, the Court accepts each plea of guilty, and each and every defendant is hereby adjudged guilty.  Each defendant's sentence will be imposed in accordance with the sentencing scheduling order previously issued as to each defendant.

SIGNED May 8, 2009.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE